**FIRE–TROL HOLDINGS, LLC,**
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

**Hunot Retardant Company and Astaris, LLC, Defendants–Appellees.**

No. 06–5027.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2006.

Rehearing Denied Jan. 16, 2007.

Before NEWMAN, Circuit Judge,
ARCHER, Senior Circuit Judge, and
PROST, Circuit Judge.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36